## IN THE UNITED STATES DISTRICT COURT
## FOR
## THE EASTERN DISTRICT OF ARKANSAS

**JERRI PLUMMER**                                                        **PLAINTIFF**

**Vs.**                              **CASE NO. 4:18-cv-00063-JM**

**RHETT MCSWEENEY;**
**DAVID LANGEVIN;**
**MCSWEENEY LANGEVIN, LLC;**
**WHITNEY SHOEMAKER, DO;**
  **WOMEN'S HEALTH AND SURGERY CENTER, LLC;**
**PLAINTIFF FUNDING HOLDING INC., D/B/A LAWCASH;**
**VINCENT CHHABRA;**
**MICHAEL CHHABRA;**
**LAW FIRM HEADQUARTERS, LLC;**
**SURGICAL ASSISTANCE, INC;**
**WESLEY BLAKE BARBER;**
**KASIA OSADZINSKA, MD; and**
**BOSTON SCIENTIFIC CORPORATION;**
**ALPHA LAW, LLP; and**
**RICHARD MARTINDALE;**
**JOHN DOES 1-99**                                                   **DEFENDANTS**

### UNOPPOSED MOTION TO DISMISS BOSTON SCIENTIFIC WITHOUT PREJUDICE

Comes now the Plaintiff, Jerri Plummer ("Jerri") by and through her attorneys, the Baxter Law Firm and Ellis Law Firm, P. A. and for her Motion to Dismiss Boston Scientific without prejudice alleges and states:

1. Jerri originally filed this action in state court and included Boston Scientific as a Defendant, alleging only alternative claims against Boston Scientific. Jerri

Motion to Dismiss Boston Scientific
Plummer v. McSweeney, et al

already had a claim pending in federal court against Boston Scientific, but had to include them in the State case to have her claims heard.

2. Now that this action has been removed, there is no need for Boston Scientific to be a part of this litigation at this time—all of Jerri's claims against Boston Scientific can be handled within the realms of her current pending case against Boston Scientific her pending case which is assigned to an  MDL.

3. Thus, the Plaintiff moves to dismiss Boston Scientific without prejudice.

4. Plaintiff has conferred with counsel for Boston Scientific and they have no objection to this motion and join in the request that Boston Scientific be dismissed without prejudice.

WHEREFORE, the Plaintiff prays that this Court grant her motion, dismiss Boston Scientific without prejudice, and for all other just and proper relief to which she may be so entitled.

RESPECTFULLY SUBMITTED,

/s/ James R. Baxter
Ray Baxter, Ark. Bar No. 78012
James R. Baxter, Ark. Bar No. 2017191
The Baxter Law Firm
3115 Alcoa Road
Benton, AR 72015
PH:    501-315-2971
FX:    501-712-2856
Email:  raybaxterpa@gmail.com
Email: jrybaxter@gmail.com

And

George D. "Bucky" Ellis,  Ark. Bar No. 72035
126 N. Main St.
Benton, AR 72015
PH:  501-315-1000

2

Motion to Dismiss Boston Scientific
Plummer v. McSweeney, et al

FX:  501-315-4222
Email: gellisinbenton@swbell.net


CERTIFICATE OF SERVICE
I hereby certify that on this 1st day of February, I caused a copy of the
foregoing to be served on all counsel of record via this Court's CM/ECF system.



/s/ James R. Baxter

3

Motion to Dismiss Boston Scientific
Plummer v. McSweeney, et al