IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRI PLUMMER**                                                                                   **PLAINTIFF**

VS.                              Case No. 4:18-cv-63-JM

RHETT MCSWEENEY;
DAVID LANGEVIN;
MCSWEENEY LANGEVIN, LLC;
WHITNEY SHOEMAKER, D.O.;
WOMEN'S HEALTH AND SURGERY CENTER, LLC;
PLAINTIFF FUNDING HOLDING, INC.,
D/B/A LAWCASH;
VINCENT CHHABRA;
MICHAEL CHHABRA;
LAWFIRM HEADQUARTERS, LLC;
SURGICAL ASSISTANTS, INC.;
WESLEY BLAKE BARBER;
KASIA OSADZINSKA, M.D.;
BOSTON SCIENTIFIC CORPORATION;
ALPHA LAW, LLP;
RICHARD MARTINDALE;
RON LASORSA;
DIANE SUGIMOTO; and
JOHN DOES 1–97                                                                                    **DEFENDANTS**

## McSWEENEY LANGEVIN'S
## MOTION TO COMPEL ARBITRATION

Pursuant to 9 U.S.C. § 1, separate defendants Rhett McSweeney, David Langevin, and McSweeney Langevin, LLC (collectively "McSweeney Langevin") move to compel plaintiff Jerri Plummer's claims against McSweeney Langevin to arbitration in the District of Columbia, or alternatively, to stay this matter as

against McSweeney Langevin pending arbitration in the District of Columbia, and state:

1. Plummer filed this lawsuit against McSweeney Langevin for alleged legal malpractice relating to McSweeney Langevin's representation of her in a lawsuit against Boston Scientific Corporation involving trans-vaginal mesh ("TVM").

2. On December 8, 2014, Plummer enter into a Contingency Fee Retainer Agreement ("the Agreement") that outlined the details of McSweeney Langevin's representation of her in a potential lawsuit relating to a personal injury claim against Boston Scientific, the manufacturer of the TVM that was implanted in Plummer in 2008. (*See* Exhibit A, the Agreement). Plummer signed and dated the Agreement. McSweeney Langevin then undertook its representation of Plummer in the federal TVM multi-district litigation pending in West Virginia. All terms of the Agreement are binding and valid.

3. The Agreement contained an arbitration provision that was presented to Plummer in a conspicuous, emphasized, and readily apparent fashion. Under the terms of the Agreement, all claims asserted against McSweeney Langevin by Plummer are subject to arbitration in the District of Columbia.

4. Accordingly, the Court should compel Plummer's claims against McSweeney Langevin to arbitration in the District of Columbia, or alternatively, stay this matter against McSweeney Langevin pending arbitration in the District of Columbia.

5. In support of this motion, McSweeney Langevin relies upon the following:

    a. Exhibit A, a copy of the Contingency Fee Retainer Agreement signed by Plummer.

6. In accordance with Local Rule 7.2, McSweeney Langevin is filing a memorandum brief in support of this motion.

WHEREFORE, defendants Rhett McSweeney, David Langevin, and McSweeney Langevin, LLC pray that the Court grant their motion and enter an order compelling plaintiff Jerri Plummer to submit to arbitration in the District of Columbia, or alternatively, staying all proceedings in this action pending arbitration in the District of Columbia.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP

200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
FAX: (501) 376-9442
EMAIL: elowther@wlj.com; jkoehler@wlj.com

By   /s/ *Jessica Pruitt Koehler*
      Edwin L. Lowther, Jr. (81107)
      Jessica Pruitt Koehler (2015226)
      Attorneys for McSweeney Langevin

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

Ray Baxter
James R. Baxter
The Baxter Law Firm
3115 Alcoa Road
Benton, AR 72015

George D. "Bucky" Ellis
126 N. Main Street
Benton, AR 72015

*Attorneys for Plaintiff*

L. Kyle Heffley
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
*Attorneys for Whitney Shoemaker, D.O.*

Andy L. Turner
Turner Law Firm, P.A.
Post Office Box 1225
Cabot, AR 72023
*Attorneys for Plaintiff Funding Holding, Inc.*

Brian A. Vandiver
Dylan J. Botteicher
Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113
*Attorneys for Women's Health and Surgery Center, LLC*

R. Kenny McCullouch
Barber Law Firm, PLLC
425 West Capitol Avenue, Ste. 3400
Little Rock, AR 72201
*Attorneys for Surgical Assistance, Inc., and Wesley Blake Barber*

    /s/ *Jessica Pruitt Koehler*
    Jessica Pruitt Koehler