**IN THE UNITED STATES DISTRICT COURT**
**FOR**
**THE EASTERN DISTRICT OF ARKANSAS**

JERRI PLUMMER                                                                                              PLAINTIFF

Vs.                              CASE NO. 4:18-CV-00063-JM

RHETT MCSWEENY;
DAVID LANGEVIN;
MCSWEENY LANGEVIN, LLC;
WHITNEY SHOEMAKER, DO;
WOMEN'S HEALTH AND SURGERY CENTER, LLC;
PLAINTIFF FUNDING HOLDING INC., D/B/A/ LAWCASH;
VINCENT CHHABRA;
MICHAEL CHHABRA;
LAW FIRM HEADQUARTERS, LLC.;
SURGICAL ASSISTANCE, INC;
WESLEY BLAKE BARBER;
KASIA OSADZINSKA, M.D.;
ALPHA LAW, LLP.;
RICHARD MARTINDALE;
RON LASORSA; and
JOHN DOES 1-99                                                                                         DEFENDANTS

**PLAINTIFF'S MOTION TO DISMISS WHITNEY SHOEMAKER, D.O. WITHOUT PREJUDICE**

Comes now the Plaintiff, by and through her undersigned counsel, and for her Motion to Dismiss Without Prejudice states:

1. The Plaintiff moves to dismiss Whitney Shoemaker, D.O., without prejudice. This motion is made in large part due to certain statements Dr. Shoemaker made in her recent affidavit.

2. While the Plaintiff has not consulted with all of the Defendants so as to enable a stipulated dismissal without prejudice, Plaintiff's counsel has conferred with Dr. Shoemaker's counsel who does not have an objection to this Motion.

3. Accordingly, good cause exists for the Court to dismiss the Plaintiff's claims against Dr. Shoemaker without prejudice.

WHEREFORE, the Plaintiff prays that this Court grant her Motion and dismiss Whitney Shoemaker, D.O. without prejudice; and for all other just and proper relief to which she may be so entitled.

RESPECTFULLY SUBMITTED,

/s/ James R. Baxter
Ray Baxter, Ark. Bar No. 78012
James R. Baxter, Ark. Bar No. 2017191
The Baxter Law Firm
3115 Alcoa Road
Benton, AR 72015
PH:    501-315-2971
FX:    501-712-2856
Email: raybaxterpa@gmail.com
Email: jrybaxter@gmail.com

And

George D. "Bucky" Ellis, Ark. Bar No. 72035
126 N. Main Street
Benton, AR 72015
PH:    501-315-1000
FX:    501-315-4222
Email: gellisinbenton@swbell.net

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2018, I caused a copy of the foregoing to be served on all counsel of record via this Court's CM/ECF system.

/s/ James R. Baxter