IN THE UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF ARKANSAS

JERRI PLUMMER                                                                                                    PLAINTIFF

Vs.                              CASE NO. 4:18-CV-00063-JM

RHETT MCSWEENY;
DAVID LANGEVIN;
MCSWEENY LANGEVIN, LLC;
WHITNEY SHOEMAKER, DO;
WOMEN'S HEALTH AND SURGERY CENTER, LLC;
PLAINTIFF FUNDING HOLDING INC., D/B/A/ LAWCASH;
VINCENT CHHABRA;
MICHAEL CHHABRA;
LAW FIRM HEADQUARTERS, LLC.;
SURGICAL ASSISTANCE, INC;
WESLEY BLAKE BARBER;
KASIA OSADZINSKA, M.D.;
ALPHA LAW, LLP.;
RICHARD MARTINDALE;
RON LASORSA;
DIANE SUGIMOTO; and
JOHN DOES 1-99                                                                                                  DEFENDANTS

**PLAINTIFF'S MEMORANDUM MOTION TO DISMISS DEFENDANTS RON LASORSA AND KASIA OSADZINSKA WITHOUT PREJUDICE**

Comes now the Plaintiff, and for her Motion to Dismiss Defendants Ron Lasorsa and Kasia Osadzinska without prejudice herein alleges and states:

1. The Plaintiff has been unable to perfect service against Defendants Ron Lasorsa and Kasia Osadzinska. In fact, Plaintiff believes that Osadzinska is somewhere in the country of Poland. Plaintiff has been able to achieve service on Mr. Lasorsa despite diligent efforts. The time to achieve service has expired. Likewise, the Plaintiff does not at this time believe it is worth pursuing her claims against these Defendants. Thus, the Plaintiff would respectfully request that this Court dismiss these Defendants without prejudice.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion; and for all other just and proper relief to which she may be so entitled.

RESPECTFULLY SUBMITTED,

/s/ James R. Baxter
Ray Baxter, Ark. Bar No. 78012
James R. Baxter, Ark. Bar No. 2017191
The Baxter Law Firm
3115 Alcoa Road
Benton, AR 72015
PH:    501-315-2971
FX:    501-712-2856
Email: raybaxterpa@gmail.com
Email: jrybaxter@gmail.com

And

George D. "Bucky" Ellis, Ark. Bar No. 72035
126 N. Main Street
Benton, AR 72015
PH:    501-315-1000
FX:    501-315-4222
Email: gellisinbenton@swbell.net

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2018, I caused a copy of the foregoing to be served on all counsel of record via this Court's CM/ECF system.

/s/ James R. Baxter