IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JERRI PLUMMER                                                                 PLAINTIFF

vs.                              Case No. 4:18-CV-00063-JM

RHETT MCSWEENEY;
DAVID LANGEVIN;
MCSWEENEY LANGEVIN, LLC;
WHITNEY SHOEMAKER, DO;
WOMEN'S HEALTH AND SURGERY CENTER, LLC;
PLAINTIFF FUNDING HOLDING INC., D/B/A LAWCASH;
VINCENT CHHABRA;
MICHAEL CHHABRA
LAW FIRM HEADQUARTERS, LLC;
SURGICAL ASSISTANCE, INC;
WESLEY BLAKE BARBER;
CASIA OSADZINSKA, MD;
and BOSTON SCIENTIFIC CORPORATION ALPHA LAW, LLP
and RICHARD MARTINDALE
JOHN DOES 1-99

## WOMEN'S HEALTH AND SURGERY CENTER, LLC'S MOTION TO DISMISS

Defendant Women's Health and Surgery Center, LLC (hereinafter, "WHSC"), by and through its counsel, Brian A. Vandiver, a partner in the law firm of Cox, Sterling, McClure & Vandiver, PLLC, for its Motion to Dismiss, states:

1. WHSC is a Florida limited liability company.

2. WHSC members are all residents of Florida.

3. Jerri Plummer ("Plummer") underwent a vaginal mesh removal procedure at WHSC in Florida in 2014.

4. Plummer alleges various claims against multiple defendants, including WHSC.

5. WHSC filed an Answer denying generally and specifically all claims against it.

6. The Court should dismiss Plummer's claims against WHSC for lack of personal jurisdiction.

7. WHSC does not have sufficient minimum contacts with Arkansas to satisfy the minimum requirements of due process. WHSC has no contacts with the state of Arkansas even if all of the allegations in the Amended Complaint are taken as true.

8. Plummer only alleges that WHSC interacted with Plaintiff in Florida and that the procedure took place in Florida.

9. Arkansas's long-arm statute extends personal jurisdiction to the maximum extent permitted by due process. Ark. Code Ann. § 16-4-101. All of the alleged wrongs committed by WHSC occurred in Florida. WHSC does not advertise nor provide services in Arkansas. Therefore, it would be inappropriate for the Court to exercise personal jurisdiction in this case.

WHEREFORE, Defendant Women's Health and Surgery Center, LLC respectfully requests that the Court dismiss it as a party in this case and grant it all other proper and just relief.

Respectfully Submitted,

Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113
(501) 954-8073
bavandiver@csmfirm.com

By:     */s/ Brian A. Vandiver*
Brian A. Vandiver, Ark. Bar No. 2001078
Dylan J. Botteicher, Ark. Bar No. 2017170

*Attorneys for Defendant Women's Health and Surgery Center, LLC*

## **CERTIFICATE OF SERVICE**

     I, Brian A. Vandiver, do hereby certify that a true and correct copy of the foregoing pleading was filed via this Court's CM/ECF filing system to all counsel on record on this 11th day of September, 2018.

                                        By:     */s/ Brian A. Vandiver*
                                                        Brian A. Vandiver (ABN No. 2001078)