# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JERRI PLUMMER                                           PLAINTIFF

vs.                    CASE NO. 4:18-CV-00063-JM

RHETT MCSWEENY, et al.                            DEFENDANTS

## ORDER

Pending is a motion to stay this action pending appeal filed by separate defendants Rhett McSweeney, David Langevin, and McSweeney Langevin, LLC (collectively, "the McSweeney/Langevin Defendants"). On August 27, 2018, the Court entered an order denying the McSweeney/Langevin Defendants' motion to compel arbitration. (Document No. 73). On September 26, 2017, the McSweeney/Langevin Defendants filed a notice of appeal of that order. Plaintiff Jerri Plummer has advised the Court that she does not oppose the motion to stay the proceedings pending the appeal. To promote judicial economy and promote fairness to the parties, the Court will exercise its inherent power to control the disposition of its cases and will stay further proceedings in this action pending a decision the interlocutory appeal of the order denying arbitration.

IT IS THEREFORE ORDERED THAT the McSweeney/Langevin Defendants' Motion to Stay this Action Pending Appeal (Docket No. 81) is GRANTED

Dated this 10th day of October, 2018.

                                                       James M. Moody Jr.
                                                       United States District Judge