IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRI PLUMMER,

PLAINTIFF

VS.                    CASE NO.: 4:18-CV-63-JM

RHETT MCSWEENEY; DAVID LANGEVIN;
MCSWEENEY LANGEVIN, LLC; WHITNEY
SHOEMAKER, D.O; WOMEN'S HEALTH AND SURGERY
    CENTER,    LLC;   PLAINTIFF FUNDING
HOLDING, INC., D/B/A LAWCASH; VINCENT
CHHABRA; MICHAEL CHHABRA;
LAWFIRM HEADQUARTERS, LLC; SURGICAL
ASSISTANTS, INC.; WESLEY BLAKE BARBER;
KASIA    OSADZINKA,    M.D.;    BOSTON
SCIENTIFIC CORPORATION; ALPHA LAW,
LLP; RICHARD MARTINDALE; AND JOHN
DOES 1-99,                                      DEFENDANTS


**AGREED ORDER**
**DENYING MOTION TO DISMISS AS MOOT AND REINSTATING STAY**

Before the Court is Defendants', Surgical Assistance, Inc. and Wesley Blake Barbers',

Motion for Relief from Stay and to Dismiss for Lack of Personal Jurisdiction [DE 92]. The

Motion is hereby DENIED as moot in light of Defendants' Notice of Withdrawing Motion to

Dismiss [DE 105]. The relief from stay granted by this Court's Order [DE 96] is no longer

necessary and this matter shall remain stayed pursuant to its earlier Order [DE 88].

IT IS SO ORDERED this 18th day of June, 2019.

_____

JUDGE JAMES M. MOODY JR.
United States District Judge