UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRI PLUMMER                                                                               PLAINTIFF

VS. CASE NO.: 4:18-CV-63-JM

RHETT MCSWEENEY et al                                                            DEFENDANTS

**ORDER**

On March 22, 2021, the Court entered an order taking under advisement the motion filed by Brian A. Vandiver and Dylan J. Botteicher to be allowed to withdraw as counsel for Defendant Women's Health and Surgery Center, LLC ("WHSC").  (Doc. No. 133).  The order gave thirty days to allow WHSC to secure substitute counsel.  Brian Vandiver has filed a certificate of service showing that he sent the Court's order to his client via certified mail and email.  (Doc. No. 139).  WHSC was warned that if it failed to secure substitute counsel by April 21, 2021, the Court would grant the motion to withdraw and leave WHSC subject to having a default judgment entered against it.  The time has passed, and no other counsel has filed an entry of appearance for WHSC   Therefore, the motion to withdraw is granted.

As advised in the Court's previous order, the withdrawal of its counsel leaves WHSC technically in default as a corporation cannot represent itself.  *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852 (8th Cir. 1996); *U.S. v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993).  Furthermore, Plaintiff has filed a motion for sanctions against WHSC (Doc. No .135) for its failure to comply with the Court's order (Doc. No. 131) compelling it to respond to Plaintiff's discovery by January 28, 2021. Discovery responses have not been provided to date.  The only communication the Court has had from WHSC is from its lawyers seeking withdrawal on the

grounds that they were terminated by their client and have an ethical conflict that keeps them from further representing WHSC.

For the reasons stated above, the motion for sanctions is granted, and the Court is striking the answer of WHSC and finding them in default. Damages will be determined at a later date on motion by Plaintiff.

Conclusion

The motion of Brian A. Vandiver and Dylan J. Botteicher to be allowed to withdraw as counsel of record for WHSC (Docket No. 133) is GRANTED.

Plaintiff's motion for sanctions against WHSC (Docket No. 135) is GRANTED, and this defendant is now in default.

The Clerk is directed to serve a copy of this order on WHSC by mailing a copy to Mr. Vikram Saini, 483 North Semoran Blvd. Suite 205, Winter Park, FL and by sending it electronically to 32702vsaini@floridaaco.com.

IT IS SO ORDERED this 6th day of May, 2021.

_____
James M. Moody Jr.
United States District Judge