IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRI PLUMMER                                                                                          PLAINTIFF

vs.                                      Case No. 4:18-CV-63-JM

RHETT MCSWEENEY; DAVID LANGEVIN; *et al.*                          DEFENDANTS

## ORDER

On April 13, 2021, the Court held a telephone hearing on Plaintiff's Motion for Sanctions against Wesley Blake Barber and Surgical Assistance, Inc. (collectively "the Barber Defendants") (Doc.No. 127) and Plaintiff's Motion to Compel and for Sanctions against these defendants (Doc. No. 140). Following the hearing, the Barber Defendants filed a status report (Doc. No. 144), to which Plaintiff filed a response (Doc. No. 145).

After consideration of the arguments made at the hearing and the subsequent filings by the parties, the Court finds that the Barber Defendants failed to respond in a complete and timely manner to the discovery propounded pursuant in violation of the Court's order to compel (Doc. No. 124), and sanctions are appropriate. The Barber Defendants are jointly and severally liable to Plaintiff in the amount of $1,500 in attorneys' fees for Plaintiffs time to prepare and pursue the discovery motions. The Court further finds that the Barber Defendants have now fully responded to the outstanding discovery at issue.

For these reasons, Plaintiff's Motion for Sanctions (Doc. No. 127) is GRANTED. The Barber Defendants have fourteen days to pay Plaintiff the $1,500 sanctions imposed. Plaintiff's Motion to Compel and for Sanctions (Doc. No. 140) is DENIED.

IT IS SO ORDERED this 18th day of May, 2021.

_____
JUDGE JAMES M. MOODY JR.
United States District Judge