IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRI PLUMMER                                                                                          PLAINTIFF

vs.                                          Case No. 4:18-CV-63-JM

WOMEN'S HEALTH AND SURGERY CENTER, LLC;
VINCENT CHHABRA; MICHAEL CHHABRA; and
LAW FIRM HEADQUARTERS, LLC                       .                                DEFENDANTS

## ORDER

Pending is Plaintiff Jerri Plummer's motion for default judgment against Defendants Women's Health and Surgery Center, LLC, Michael Chhabra Vincent Chhabra, and Law Firm Headquarters, LLC. (Doc. No. 166). The motion is GRANTED.

On February 8, 2018, a Clerk's Default was entered against the Chhabras and Law Firm Headquarters, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. Nos. 26-28). The Court struck the answer of Women's Health and Surgery Center, LLC on May 6, 2021 as a sanction for failure to comply with discovery orders and held it in default. (Doc. No. 146). On February 9, 2023, Ms. Plummer presented proof of her damages to the Court. The Court found the defaulting defendants jointly and severally liable to Ms. Plummer in the amount of $1,000,000.00 in compensatory damages and $1,500,000.00 in punitive damages. A separate judgment will be entered.

IT IS SO ORDERED this 15th day of February, 2023.

_____
James M. Moody Jr.
United States District Judge