IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRI PLUMMER                                                                                    PLAINTIFF

vs.                               Case No. 4:18-CV-63-JM

WOMEN'S HEALTH AND SURGERY CENTER, LLC;
VINCENT CHHABRA; MICHAEL CHHABRA; and
LAW FIRM HEADQUARTERS, LLC                    .                            DEFENDANTS

## JUDGMENT

Defendants Women's Health and Surgery Center, LLC, Vincent Chhabra, Michael Chhabra, and Law Firm Headquarters, LLC are in default. Following a hearing on damages held on February 9, 2023, the Court awards judgment for the plaintiff against the defaulting defendants, jointly and severally, in the amount of $1,000,000.00 in compensatory damages and $1,500,000.00 in punitive damages The total amount of the judgment, $2,500,000.00, will bear interest at the lawful rate[1] of 4.87% until paid.

IT IS SO ORDERED this 15th day of February, 2023.

_____
James M. Moody Jr.
United States District Judge

---

[1] The post-judgment interest rate is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.